## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. UNITED ZINC SMELTING CORPORATION.

### No. 12433.

Circuit Court of Appeals, Eighth Circuit.

Sept. 28, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Gerhard Van Arkel, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

H. W. Lohman, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.